# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00232-CR
## NO. 03-07-00233-CR

**Kenneth J. Faircloth, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NOS. 6499 & 6500, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk received and filed Kenneth J. Faircloth's pro se "appeal of denial of motion to proceed with out of time appeal." Despite its style, the document is a motion asking this Court to grant out-of-time appeals in these two causes, 1995 convictions for aggravated sexual assault of a child. The proper procedure by which to obtain an out-of-time appeal in a felony case is to apply to the Texas Court of Criminal Appeals pursuant to article 11.07. Tex. Code Crim. Proc. Ann. art. 11.07 (West 2005) (post-conviction habeas corpus). This Court does not have original habeas corpus jurisdiction in criminal cases and is without authority to grant Faircloth's motion. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

The causes are dismissed for want of jurisdiction.


_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   August 3, 2007

Do Not Publish